IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD HANDY,<br><br>    Defendant. | 8:15CR303<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, Donald Handy (Filing No. 166). Glenn A. Shapiro has filed an entry of appearance as retained counsel for Donald Handy. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 166) will be granted.

Karen M. Shanahan shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to Donald Handy's defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge